ACCEPTED
14-15-00300-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/28/2015 3:22:06 PM
CHRISTOPHER PRINE
CLERK

CASE NO. <u>14-15-00300-CR</u>
CASE NO. <u>14-15-00301-CR</u>

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/28/2015 3:22:06 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **LASHONDA DEON JONES** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **v.** | § | **14th DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **HOUSTON, TEXAS** |

## <u>MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF</u>

**TO THE HONORABLE JUSTICES OF SAID COURT:**

LASHONDA DEON JONES, Appellant in the above styled and numbered case, moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.    This case is on appeal from 221st Judicial District Court in Montgomery County Texas.

2.    The case below was styled *The State of Texas vs. LASHONDA DEON JONES*, and numbered 15-01-00219-CR.

3.    Appellant was convicted of Possession of a Controlled Substance and Tampering with Physical Evidence.

4.    On January 29, 2015, Appellant was assessed a sentence to forty-five (45) years in the Texas Department of Criminal Justice, Institutional Division on each charge to run concurrent.

5.    Notice of appeal was given on February 18, 2015.

6.    The Clerk's Record was filed on May 28, 2015. The Reporter's Record was filed on May 13, 2015.

7.    The appellate brief is presently due on August 28, 2015.

8. Appellant requests an extension of time of 30 days from the present date, i.e. September 21, 2015.

9. One extension to file the brief has been received in this cause.

10. Appellant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension.

The record in this case consists of 9 volumes consisting of Pre-Trial hearings, voir dire, guilt/innocence phase, punishment phase and exhibits.

Due to the nature and severity of the sentence due diligence is required to properly prepare a brief on this matter.

I have completed reviewing the record and identified numerous grounds that require further research and writing in order to properly represent Appellant.

LASHONDA DEON JONES PRAYS that this Court grant this Motion to Extend Time to File Appellant's Brief.

Respectfully submitted,

Law Offices of Austin D. Black
215 Simonton
Conroe, Texas 77301
936-524-3124
936-756-3539 facsimile

By: _____
Austin D. Black
State Bar No. 24050018
Attorney for LASHONDA DEON JONES

# CERTIFICATE OF SERVICE

This is to certify that on ___August 28, 2015___, a true and correct copy of the above and foregoing document was served on the Montgomery County District Attorney's Office by e-file.

_____
Austin D. Black

STATE OF TEXAS                                    §
                                                  §
COUNTY OF MONTGOMERY                               §
                                                  §

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared Austin D. Black, who after being duly sworn stated:

"I the attorney for the appellant in the above numbered and styled cause. I have read the foregoing Motion to Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct to the best of my knowledge."

 

_____
Austin D. Black
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on

August 28, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

STEPHANIE D. BLACK
Notary Public, State of Texas
My Commission Expires
November 08, 2017